_____
Robert H. Bouse, Jr.
Anderson, Coe & King, LLP
201 N. Charles Street
Suite 2000
Balto., MD 21201
410-752-1630
Attorney for Said Defendant

## ORDER

Approved by this Court this 19th day of December, 2002.

_____
William M. Nickerson
Senior United States District Judge

_____
Date

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ERIC WILLIAMS | : | |
| T/u/o Mayor & City Council of | | |
| Baltimore City | : | |
| Plaintiff | : | |
| v. | : | Civil Action #WMN-02-2147 |
| H. D. INDUSTRIES, INC. | : | |
| Defendant | : | |

**JOINT MOTION TO AMEND SCHEDULING ORDER**

Eric Williams t/o/u and t/u/o Mayor & City Council of Baltimore City through his attorney Mark E. Herman, and H.D. Industries, Inc., through its attorney, Robert H. Bouse, Jr., move jointly to amend the Scheduling Order entered by this Court on June 28, 2002, and for reasons therefore, say:

1. That after the Court's Scheduling Order of June 28, 2002, there was litigation between Eric Williams and Mayor and City Council of Baltimore in a workmen's compensation claim entitled WCCB-479322. An award has just been issued in that case on November 30, 2002. The appeal period is still pending.

2. The parties could not proceed with discovery due to the fact that issues being raised in the workmen's comp and total award would effect the discovery including experts reports in accordance with future loss of earnings, life care and expert issues. As a result, the parties have not been able to complete and move forward in this case until the ruling by the Workmen's Compensation Commission and all hearings having been concluded thereon.

3. The parties request the following amendment to the Scheduling Order with the Court's Consent:

| | |
|---|---|
| Plaintiff's Rule 26(a)(2) Disclosures re experts | February 3, 2003 |
| Defendant's Rule 26(a)(2) Disclosures re experts | March 3, 2003 |
| Plaintiff's rebuttal Rule 26(a)(2) Disclosures re experts | March 21, 2003 |
| Rule 26(e)(2) supplementation of Disclosures and responses | April 14, 2003 |
| Discovery Deadline: Submission of Status Report | July 31, 2003 |
| Requests for Admissions | August 8, 2003 |
| Dispositive Pretrial Motions deadline | September 2, 2003 |

No trial date had been set in this case by the Court and now that the corresponding litigation in the Workmen's Compensation Commission is terminated, the case can proceed in an expeditious fashion.

WHEREFORE, having shown good cause for the amendment to the Scheduling Order, the parties request the Court to so order the amendment as agreed upon.

_____
Mark E. Herman
William G. Kolodner, P.A.
14 W. Madison Street
Balto., MD 21201
Attorneys for Plaintiff

2