IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ERIC WILLIAMS                              *
T/U/O Mayor & City Council
of Baltimore City                          *

      Plaintiff                           *    CIVIL ACTION #WMN-02-2147

      -vs-                                *

H. D. INDUSTRIES, INC.                     *

      Defendant                           *

*      *      *      *      *      *      *      *      *      *      *      *      *

### PLAINTIFF S MOTION TO COMPEL

NowNow comes the Plaintiff, Eric Williams, by and through his attorney, Mark E. Herman, and

movesmoves this Honorable Court, pursuantmoves this Honorable Court, pursuant to Federal Rules, to compel th

Inc., to provide discovery responses, and in support thereof, states as follows:

1.1.  On or about December 2, 2002, counsel for Plaintiff served Interrogatories and Request

forfor Production of Documents on counsel fofor Production of Documents on counsel for the Defendanfor F

attached hereto and prayed to be incorporated as Plaintiff s Exhibit A.

2.  The time within which to answer the discovery has long expired.

3.3.  Plaintiff s counsel has, on many3.  Plaintiff s counsel has, on many occasio3.  Plaintiff s co

requesting the discovery, but without success.

4.  On March 12, 2003, Plaintiff s attorney wrote to attorney4.  On March 12, 2003, Plaintiff s attorney w

Defendant sDefendant s Answers to Interrogatories and Responses to RequesDefendant s Answers to Interroga

copy of said letter is attached hereto as Exhibit B.

5.5. 5.  As of this date, Defendant5.  As of this date, Defendant has failed to provide Answers to Interrogatori

to Request for Production of Documents.

WHEREFORE, WHEREFORE, for the foregoing reasons, Plaintiff Eric W WHEREFORE, for the fore

Court Court to Compel the Defendant to answer the Interrogatories and Request for Court to Compel the D

Documents served on the Defendant on December 2, 2002.

_____

MARK E. HERMAN
Attorney for Plaintiff
14 W. Madison Street
Baltimore, Maryland 21201
(410) 837-2144

## **CERTIFICATE OF GOOD FAITH EFFORTS**

I I HEREBY CERTIFY I HEREBY CERTIFY that I sent letters dated March 12, 2003 and I HEREBY CERT
Robert Robert Bouse, Jr., on March 7, 2003 at 3:30 P.M., in an attempt Robert Bouse, Jr., on March 7, 2003 at 3:3
was unsuccessful in my efforts.

_____

MARK E. HERMAN

## <u>CERTIFICATE OF SERVICE</u>

II HEREBY CERTIFY that onI HEREBY CERTIFY that on this 2nd day of May, 2003, a copy of this Mo

andand proposed Order was mailed, postageand proposed Order was mailed, postage prepaid, to Robert H. Bous

King,King, LLP, 201 N. Charles Street, Suite 2000, Baltimore, Maryland 21201, attorney forKing, LLP, 201 N. Ch

 

_____

MARK E. HERMAN
Attorney for Plaintiff
14 W. Madison Street
Baltimore, Maryland 21201
(410) 837-2144

F:\USERS\Elaine\Williams,Eric\MtnCmpl.wpd

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ERIC WILLIAMS                          *
T/U/O Mayor & City Council
of Baltimore City                      *

     Plaintiff                         *     CIVIL ACTION #WMN-02-2147

     -vs-                              *

H. D. INDUSTRIES, INC.                 *

     Defendant                         *

*     *     *     *     *     *     *     *     *     *     *     *     *

### ORDER GRANTING PLAINTIFF S MOTION TO COMPEL

     UPON considerationUPON consideration of Plaintiff s Motion to Compel, and any opposition thereto, it

_____ day of _____, 2003, by the United States District Co_____ day of _____

Maryland;

     ORDERED that Plaintiff s Motion to Compel is hereby GRANTED; and it is further

     ORDEREDORDERED that the DefendantORDERED that the Defendant shall have _____ days from th

AnswersAnswers to Interrogatories Answers to Interrogatories and Answers to Interrogatories and Responses t

counsel.

_____
JUDGE

F:\USERS\Elaine\Williams,Eric\MtnCmpl.wpd