March 12, 2003

Robert H. Bouse, Jr., Esq.
Anderson, Coe & King, LLP
201 N. Charles Street
Suite 2000
Baltimore, Maryland 21201

        RE: Eric Williams v. H. D. Industries
        Case No. WMN-02-2147
        Our File No. 18845

Dear Bob:

    I must have your client s Answers to Interrogatories and Responses to Request for Production of Documents within fifteen days from the date of this letter or I will have no alternative but to file a proper Motion.

    Please advise me immediately as to when I may have the requested information.

        Sincerely,


        MARK E. HERMAN

MEH/ed

        Robert H. Bouse, Jr., Esq.
        Anderson, Coe & King, LLP
        201 N. Charles Street
        Suite 2000
        Baltimore, Maryland 21201