IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ERIC WILLIAMS                              *
T/U/O Mayor & City Council
of Baltimore City                          *

    Plaintiff                           *

    -vs-                                *   CIVIL ACTION # WMN-02-2147

H. D. INDUSTRIES, INC.                     *

    Defendant                           *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## INTERROGATORIES

TO:   H. D. INDUSTRIES, INC., Defendant

BY:   ERIC WILLIAMS, Plaintiff

    TheThe Plaintiff, pursuant The Plaintiff, pursuant to the The Plaintiff, pursuant to the Maryland R Interrogatories:

    (a)(a) The reference in these Interrogatories to  Defendant  (a) The reference in these Interrogatories to  De attorneys, agents, servants, representatives or any person or firm acting in its behalf.

    (b)(b) If such  Defendant  shall not have the information to answer any(b) If such  Defendant  shall not have knowknow the nameknow the name and address of the person or organization whoknow the name and address of the information and names and addresses shall be disclosed in the Answer.

    (c)(c) Name , identify , and  list , their synonyms or d(c) Name , identify , and  list , their syn business addresses at the time of the accident and at the present time.

    1.1. State1. State the name and address of each expert or person from whom you will elicit opinion testimony whom you intend to call as atestimony whom you intend to call as a witness in thistestimony whom yo youyou will rely to qualify each expert or person from whom youyou will rely to qualify each expert or person fr court,court, (to include, but not to be limited to, disclosing each and every pcourt, (to include, but not to be limi he/shehe/she is the author or co-author thereof and the subject matterhe/she is the author or co-author thereof and activitiesactivities relatingactivities relating to expert review of a caseactivities relating to expert review of a case

to, case reviews, reports, depositions, and he[aring/testimony] taken, by way of deposition or trial, identify the case caption, and subject matter upon which expert rendered their opinion; and with regard to this case, state the complete t[ext of] the facts upon which their conclusion/opinions rest and the basis/reason for each [opinion] held.

2. Name each and every eyewitness to all or part of the occurrence, describing their locat[ion] at the time of the occurrence, and their addresses; all persons [present] at the time of the occurrence, and their addresses; and all persons who arrived at the time of the occurrence, and the[ir addresses within] hours after the occurrence.

3. Name all persons who made any investigation to ascertain any [facts] in this case or any damages claimed by Plaintiff.

4. If you contend that a person, partnership or corporation, whether or not a [party to this] action, caused or contributed to the occurrence or should be made a party for [this claim, state] the facts upon which you rely and identify such [person, partnership or corporation with such detail to this] claim, and identify each such person, partnership or corporation with such detail [to make] them as a party to this claim.

5. State the manner in which the Defendant says the occurrence [happened.] Occurrence to mean the events which took place on October 6, 1999.

6. Identify each and every document or other item of real evidence relevant to this case.

7. Identify the corporate structure as of date of inci[dent including] employees, identifying each president, vice president, other [officers, departments,] divisions, number of engineers on staff and if you have [a] statement or corporate directory which reflects the information called for [in this] statement [please] attach.

8. Identify each person who has given you oral, signed or recorded [statements or] evidence concerning the occurrence and attach hereto a copy of any s[uch] statement in your possession or control [of such a] statement.

9. Identify who manufactured and who assembled the machine which injured the Plaintiff,

thethe date itthe date it was manufactured and assembled, and state the address of the place atthe date it was manuf was manufactured and/or assembled.

10.10. Identify10. Identify who designed the machine which injured the Plaintiff, when it was10. Identify w state the individual s training, experience and qualifications to so design such a machine.

11.11. Identify by date and company11. Identify by date and company or individual name, the chain of s productproduct in question from first creationproduct in question from first creation to ultimateproduct in questio were made by your salesperson to induce the sale.

12.12. 12. Identify each and12. Identify each and every claim, complaint, lawsuit, government investigati inin which you or your product was involved, the nature and dates of the injuries caused, claimed mechanismmechanism of injury, identify the parmechanism of injury, identify the party mechanism of injury, i claim,claim, complaint, lawsuit or investigation, and if a lawsclaim, complaint, lawsuit or investigation, and if includeinclude the full case caption, numberinclude the full case caption, number and court, and nameinclude the f the type of product involved in this litigation.

13.13. Id13. Identify13. Identify 13. Identify each13. Identify each 13. Identify each and13. Identify each an acceptedaccepted practice or custom or standard which was inaccepted practice or custom or standard whic machine which injured the Plaintiff.

14.14. 14. Identi14. Identify each and every governmental or industry guideline, regulation, r14. Identify eac acceptedaccepted practice or custom or standardaccepted practice or custom or standard which was considered bu of the type of machine which injured the Plaintiff.

15.15. State whether, at any time, you or a person on your behalf con15. State whether, at any time, yo analysisanalysis concerning possible safety oranalysis concerning possible safety or health hazards of the product, describe thedescribe the nature and results ofdescribe the nature and results of each test, study or analysis, identif it, and identify each document which refers to it.

16.16. 16. If you intend to use at trial a simulation, (computer or actual), experiment, test16. If you analysis,analysis, identify the person who created oranalysis, identify the person who created or performed it, or w each document that refers to it.

17. 17. Identify each and every safety hazard which was identified or considered in the17. Identify each a ofof the type of productof the type of product involved this litigation, identify the person having personal knowledge facts,facts, and if any such safety consideration was reduced to writing, or the sfacts, and if any such safety co identify each such document or writing and attach a copy.

18. Identify each and every safety precaution incorporated in the design and manufacturer of defendant's product of the type which injured Plaintiff to prevent or minimize injuries caused to individuals who may go into the body of the asphalt containment portion to persons who have personal knowledge of such facts and identify each document or writing containing information relevant to this topic.

19. Identify and give the substance of each statement, or declaration against interest, whether oral or written, by conduct made by the Plaintiff or any person who the Plaintiff or any other person or entity identified in answer and identify the person(s) having personal knowledge of the facts as stated herein.

20. State each and every test that was performed at your direction concerning of the type of product involved in this litigation from the time of its original design to the date of Plaintiff's injuries, which tests were performed for identifying the persons participating in each such test, when each such test took place, and if there are any documents which contain information are the subject of a recommendation for tests but not attach such documents.

21. If any documents accompanied the sale of this product, accompanied the sale of the product, concerning the use of the product.

22. If you provided or directed anyone on your behalf to provide any training concerning the use of your product, state the training provided or the train which should have been provided.

23. If you secured a patent for the product, all documents provided to secure the patent.

24. If there has been any federal, state or governmental or industrial investigation of safety of the product, state the date of the investigation, identify the governmental body that conducted the investigation, describe that conducted the investigation, results of the investigation and the documents created as a result of the investigation.

25. Identify who your competitors are in the market for the product which is the subject of this litigation, both now and at the time that the product was sold to the City.

>
> _____
> MARK E. HERMAN
> Attorney for Plaintiff
> 14 W. Madison Street
> Baltimore, Maryland 21201
> (410) 837-2144

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ERIC WILLIAMS | * | |
| T/U/O Mayor & City Council of Baltimore City | * | |
| Plaintiff | * | |
| -vs- | * | CIVIL ACTION # WMN-02-2147 |
| H. D. INDUSTRIES, INC. | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF SERVICE OF DISCOVERY

II HEREBY CI HEREBY CERTIFY that on I HEREBY CERTIFY that on this 2nd day of December, 2 Plaintiff sPlaintiff s Interrogatories were mailed, Plaintiff s Interrogatories were mailed, postagePlaintiff s Interroga && King, LLP, 201 N. Charles Street, Suite 2000, Baltimore, Mar& King, LLP, 201 N. Charles Street Defendant;Defendant; and Thurman W. Zollicoffer, Jr., Esq., City Solicitor, Mayor & City Council of Baltimore, 101 City Hall, Baltimore, Maryland 21202.

_____
MARK E. HERMAN
Attorney for Plaintiff
14 W. Madison Street
Baltimore, Maryland 21201
(410) 837-2144
Attorney for Plaintiff Eric Williams

F:\DOC\DOUG\EWms.wpd