**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| TERESA SMITH | * |
|     Plaintiff | * |
|     -vs- | *  CIVIL ACTION NO. S-02-CV-4160 |
| JDS UNIPHASE, et al | * |
|     Defendants | * |
| | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**NOTICE OF SERVICE OF DISCOVERY**

    I HEREBY CERTIFY that on this _____ day of April, 2003, a copy of the Plaintiff's Request for Production of Documents, propounded to the Defendants, along with a copy of this Notice, which was electronically filed and mailed, postage prepaid, to Jeffrey R. Schmieler, Esq., Alan B. Neurick, Esq., Saunders & Schmieler, P.C., 8737 Colesville Road, Suite L-200, Silver Spring, Maryland 20910, counsel for Defendant, Quan Chau Phan.

 

                                                                                              _____
                                                                                              MARK E. HERMAN
                                                                                               Attorney for Plaintiff
                                                                                               14 W. Madison Street
                                                                                               Baltimore, Maryland 21201
                                                                                              (410) 837-2144