IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ERIC WILLIAMS<br>T/U/O Mayor & City Counsel<br>Of Baltimore City | * | |
| | * | |
| Plaintiff | * | |
| v. | * | Civil Action No.: WMN-02-2147 |
| H.D. INDUSTRIES, INC. | * | |
| Defendant | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*

## NOTICE OF SERVICE

I HEREBY CERTIFY that on this _____ day of May, 2003, a copy of defendant H.D. Industries, Inc.'s Response to Motion to Compel was mailed, first class mail, postage prepaid and/or electronically mailed to:

| | |
|---|---|
| Mark E. Herman, Esquire<br>William G. Kolodner, P.A.<br>14 W. Madison Street<br>Baltimore, Maryland  21201 | Thurman W. Zollicoffer, Jr., Esquire<br>City Solicitor<br>Mayor & City Council of Baltimore City<br>101 City Hall<br>Baltimore, Maryland  21202 |

_____
ROBERT H. BOUSE, JR. #01926
JONATHAN A. CUSSON
Anderson, Coe & King, LLP
201 North Charles Street, Suite 2000
Baltimore, MD 21201
(410) 752-1630
***Attorney for Defendant H.D. Industries, Inc.***