IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ERIC WILLIAMS | * | |
| T/U/O Mayor & City Counsel | | |
| Of Baltimore City | * | |
| Plaintiff | * | |
| v. | * | Civil Action No.: WMN-02-2147 |
| H.D. INDUSTRIES, INC. | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \*

## RESPONSE TO MOTION TO COMPEL

H. D. Industries, Inc., Defendant, by its attorney, Robert H. Bouse, Jr., hereby files the following response to plaintiff's motion to compel discovery and in support thereof states as follows:

The controversy in the present case emanates from a personal injury that Plaintiff sustained while working in the course of his employment with the City of Baltimore Department of Public Works on or about October 6, 1999.

Plaintiff filed his motion to compel on May 2, 2003.

Namely that Defendant has provided the requested discovery. Counsel for defendant has retained a copy of the notice of service regarding the discovery filed.

WHEREFORE, for the foregoing reasons, Defendant H.D. Industries, Inc., respectfully requests that the Honorable Court deny plaintiff's motion as moot.

                                                _____
ROBERT H. BOUSE, JR. #01926
JONATHAN A. CUSSON
Anderson, Coe & King, LLP
201 North Charles Street, Suite 2000
Baltimore, MD 21201
(410) 752-1630
***Attorney for Defendant H.D. Industries, Inc.***

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ERIC WILLIAMS | * | |
| T/U/O Mayor & City Counsel | | |
| Of Baltimore City | * | |
| Plaintiff | * | |
| v. | * | Civil Action No.: WMN-02-2147 |
| H.D. INDUSTRIES, INC. | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \*

## **ORDER**

UPON REVIEW AND CONSIDERATION of Plaintiff's Motion to Compel and Defendant's Response thereto, it is this _____ day of _____, 2003 hereby

ORDERED that said Motion to Compel be denied as the issue is MOOT.

_____
J U D G E