UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
WILLIAM M. NICKERSON
SENIOR UNITED STATES DISTRICT JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-7810
FAX 962-2577

September 5, 2003

Mark E. Herman, Esq.
Robert H. Bouse, Jr., Esq.

    Re:  Williams v. H.D. Industries
        <u>Civil action No. WMN-02-2147</u>

Dear Counsel:

    I have scheduled a telephone status conference, to be initiated by counsel for the government, for Tuesday, September 30, 2003, at 9:30 a.m.

    At that time, I shall expect counsel to be prepared to brief me on what remains to be done in this matter and to schedule further proceedings.

                              Very truly yours,

                                /s/

                              William M. Nickerson
                              Senior United States District Judge

WMN:ce

cc:  Court File