IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ERIC WILLIAMS | * | |
| T/U/O Mayor & City Counsel | | |
| Of Baltimore City | * | |
| Plaintiff | * | |
| v. | * | Civil Action No.: WMN-02-2147 |
| H.D. INDUSTRIES, INC. | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \*

## **LINE**

Defendant, H.D. Industries, by its attorneys, Robert H. Bouse, Jr. and Jonathan A. Cusson, in response to plaintiff's motion for postponement states as follows:

1. The electronic docket entry has styled this motion as one filed by the defendant yet the request is actually made by plaintiff.

2. H.D. Industries does not object to the postponement or join in the request; rather, we simply defer to the Court.

3. Nevertheless, H.D. Industries would oppose any motion that was designed to extend this matter so that additional experts may be added to this case.

Wherefore, Defendant H.D. Industries, respectfully defers to the Court on the issue of whether the trial of this matter is to be delayed subject to the caveat that the Court's Order regarding the addition of Richard Pearson not be disturbed.

                                            Respectfully submitted,

                                            _____

                                            Robert H. Bouse, Jr.
                                            Jonathan A. Cusson
                                            Anderson, Coe & King, LLP
                                            201 N. Charles Street, Suite 2000
                                            Baltimore, Maryland 21201

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of April, 2004, a copy of the foregoing was mailed, postage prepaid, to:

Mark Herman, Esquire
William G. Kolodner, P.A.
14 W. Madison Street
Baltimore, Maryland  21201
410-837-2144
Attorneys for Plaintiff

Thurman W. Zollicoffer, Jr., Esquire
City Solicitor
Mayor & City Council
of Baltimore City
101 City Hall
Baltimore, Maryland  21202

                                            _____
                                            Jonathan A. Cusson