

**WILLIAM G. KOLODNER, P.A.**\*
Attorney At Law

14 W. Madison Street
Baltimore, Maryland 21201-5291
 Office (410) 837-2144

FAX (410) 246-1882
   (410) 246-1884

www.wgk-law.com

Robert Jay Kessler, P.C.
   Of Counsel
 Office (410) 385-1388
 kesslerlaw@wgk-law.com

Philip Sturman, Esq.
   Of Counsel

ASSOCIATES:
  Steven A. Wilder
  Mark E. Herman\*
  Jill A. Kolodner\*

LEGAL ASSISTANTS:
  Auto-Personal Injury -
   Justine Maynard
  WCC Department -
   Sue A. Leisher
   Kaye D. Coleman
  Bankruptcy -
   Sheila A. White
   Tracey I. Rollins

\*ALSO LICENSED IN D.C.

Tax I.D. 52-1104562

October 14, 2004

Honorable, William M. Nickerson
Senior United States District Judge
United States District Court
for the District of Maryland
Room 330
101 W. Lombard Street
Baltimore, Maryland 21201

Re: Eric Williams v. H. D. Industries, Inc.
Case No. WMN-02-2147

Dear Judge Nickerson:

This matter has settled with an offer by the Defendant to pay $200,000.00 for all claims arising out of this matter for which the Plaintiffs have accepted. As between the City and Eric Williams, an agreement has been reached and reduced to writing establishing the proportion of the lien to be repaid from the settlement proceeds.

The parties would appreciate the appropriate Order being entered and being excused from the pending Pre-Trial.

Sincerely,

MARK E. HERMAN

MEH/ed
cc: Robert Bouse, Esq.
cc: Herbert Burgunder, Esq.